# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

––––––––––––––––––––––––––––

Case No. 6D2024-2807
Lower Tribunal No. 2023-DR-003547

––––––––––––––––––––––––––––

ABHISHEK D. LUNAGARIYA,

Appellant,

v.

KOMALBEN V. SAVALIA,

Appellee.

––––––––––––––––––––––––––––

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Osceola County.
Holly Derenthal, Judge.

October 28, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J, and STARGEL and WOZNIAK, JJ., concur.

Allison Morat and Michael M. Brownlee, of The Brownlee Law Firm, P.A.,
Orlando, for Appellant.

Samuel Alexander and Michael J. Ellis, of Alexander Appellate Law, P.A.,
Jacksonville, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED